HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANTHONY NAVARRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:15-cr-0117 LJO / SKO |
| *Plaintiff,* | STIPULATION TO ADVANCE PRELIMINARY HEARING;  ORDER |
| vs. | |
| ANTHONY NAVARRO, | DATE: April 28, 2014 |
| *Defendant.* | TIME:   1:30 p.m. |
| | JUDGE: Gary S. Austin |

**IT IS HEREBY STIPULED** by and through the parties through their respective counsel, Assistant United States Attorney Kimberly A. Sanchez, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Anthony Navarro, that the preliminary hearing set for May 4, 2015 **may be advanced and rescheduled to Tuesday, April 28, 2015 at 1:30 a.m.** for a preliminary hearing before the Honorable Gary S. Austin.

The indictment has been returned and the parties are prepared to proceed with the arraignment.

Navarro Stipulation and Order

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: April 24, 2015        By:    */s/ Kimberly A. Sanchez*
　　　　　　　　　　　　　　　　　　KIMBERLY A. SANCHEZ
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: April 24, 2015        By:    */s/ Peggy Sasso*
　　　　　　　　　　　　　　　　　　PEGGY SASSO
　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　ANTHONY NAVARRO

**O R D E R**

**IT IS SO ORDERED.**

DATED: April 24, 2015              /s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　GARY S. AUSTIN
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Navarro Stipulation and Order